UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARK HOGAN**<br>**Plaintiffs** | §<br>§<br>§ | |
| **v.** | §<br>§ | CASE NO. 5:17-cv-00526-DAE |
| **ALLSTATE TEXAS LLOYDS**<br>**Defendant.** | §<br>§<br>§ | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST TO ENTER ORDER OF DISMISSAL**

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Mark Hogan and Defendant Allstate Texas Lloyds (collectively "the Parties"), hereby file this Joint Stipulation of Dismissal with Prejudice and state as follows:

I.

1. Plaintiff no longer desires to pursue this suit against Defendant, and desires to dismiss all claims in this suit with prejudice to refiling same.

2. Intervenor no longer desires to pursue this suit against Plaintiff or Defendant and desires to dismiss all claims with prejudice against Plaintiff and Defendant.

3. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4. A receiver has not been appointed in this case.

WHEREFORE, the Parties request the Court to dismiss all causes of action against Plaintiff and Defendant, with prejudice to refiling the same.

{00531433}

Respectfully submitted,

By:    */s/ Sean M. Patterson* w/permission AAG
    **James M. McClenny**
    State Bar No. 24091857
    james@mma-pllc.com
    **J. Zachary Moseley**
    State Bar No. 24092863
    zach@mma-pllc.com
    **Sean M. Patterson**
    State Bar No. 24073546
    sean@mma-pllc.com
    McClenny Mosely & Associates, PLLC
    411 N. Sam Houston Parkway E, Ste. 200
    Houston, Texas 77060
    Telephone: (713) 334-6121
    Facsimile: (713) 322-5953
    **ATTORNEYS FOR PLAINTIFF**

By:    */s/ Adan A. Gonzalez, III*
    **Robert E. Valdez**
    State Bar No. 20428100
    revaldez@valdeztrevino.com
    **Adán A. González, III**
    State Bar No. 08122350
    Southern District Bar No. 11403
    agonzalez@valdeztrevino.com
    Valdez & Treviño, Attorneys at Law PC
    Callaghan Tower
    8023 Vantage Drive, Suite 700
    San Antonio, Texas 78230
    Telephone: (210) 598-8686
    Facsimile:  (210) 598-8798
    **ATTORNEYS FOR DEFENDANT**